IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )           8:08CR379
                                )
        v.                      )
                                )
ANGELA BUHR,                    )            ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 14).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that trial in this matter is rescheduled for:

**Monday, February 9, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to finalize plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between January 5, 2009, and February 9, 2009, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 18th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court